# Exhibit 1

Int. Cls.: 6, 7, 9, 12 and 17

Prior U.S. Cls.: 19, 21, 23, 25, 26, 31 and 35

**United States Patent and Trademark Office**

Reg. No. 1,223,115
Registered Jan. 11, 1983

## TRADEMARK
### Principal Register

# GENERAL MOTORS

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit, Mich. 48202

For: AUTOMOBILES, TRUCK AND BUS PARTS—NAMELY, LOCKS AND KEYS, in CLASS 6 (U.S. Cl. 25).

First use 1930; in commerce 1930.

For: AUTOMOBILE, TRUCK AND BUS PARTS—NAMELY, CRANKSHAFTS, CRANK-SHAFT BEARINGS, PISTONS, PISTON RINGS, CONNECTING RODS, CONNECTING ROD BEARINGS, CARBURETORS AND DISTRIBUTORS, CAMSHAFTS AND CAMSHAFT BEARINGS AND GENERATORS, in CLASS 7 (U.S. Cl. 23).

First use 1930; in commerce 1930.

For: AUTOMOBILE, TRUCK AND BUS PARTS—NAMELY, ELECTRIC THERMOSTATS, TACHOMETERS, FUEL AND TEMPERATURE GAUGES, ELECTRIC DEFOGGERS, VOLTMETERS AND ELECTRIC CIGAR LIGHTERS, SPEEDOMETERS, in CLASS 9 (U.S. Cls. 21 and 26).

First use 1930; in commerce 1930.

For: AUTOMOBILE, TRUCK AND BUS PARTS—NAMELY, INTERNAL COMBUSTION ENGINES AND PARTS THEREOF—NAMELY, CYLINDER BLOCKS, CYLINDER HEADS, MANIFOLDS, VALVES, VALVE LIFTERS, WATER PUMPS, FUEL PUMPS, OIL PUMPS,

STARTER MOTORS, CRANKING MOTORS, FLYWHEELS, AIR CLEANERS, OIL FILTERS, RADIATORS, FANS, FUEL TANKS, EXHAUST PIPES, MUFFLERS, CATALYTIC CONVERTERS, BUMPERS, GRILLES, HOODS, FENDERS, DOOR PANELS, MANUAL AND POWER STEERING UNITS, STEERING WHEELS AND COLUMNS, SHOCK ABSORBERS, SPRINGS, TIE RODS, BALL JOINTS, WHEELS, WHEEL COVERS, MANUAL AND POWER BRAKES, BRAKE PUMPS, BRAKE SHOES, BRAKE DRUMS, BRAKE LININGS, MANUAL AND AUTOMATIC TRANSMISSIONS, CLUTCHES, DRIVE AXLES, INSTRUMENT PANELS, SEAT BELTS, WINDSHIELD WIPERS AND BLADES, WINDSHIELD WASHERS, CAR SEATS, in CLASS 12 (U.S. Cls. 19, 23 and 31).

First use 1930; in commerce 1930.

For: AUTOMOBILE, TRUCK AND BUS PARTS—NAMELY, NON-METALLIC GASKETS, ACCESSORY DRIVE BELTS AND HOSES, in CLASS 17 (U.S. Cl. 35).

First use 1930; in commerce 1930.

No claim is made to the exclusive right to use "Motors", apart from the mark as shown.

Ser. No. 336,617, filed Nov. 12, 1981.

SIDNEY I. MOSKOWITZ, Examining Attorney

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 861,602

**United States Patent and Trademark Office**

Registered Dec. 10, 1968

Renewal

OG Date May 2, 1989

## TRADEMARK
## PRINCIPAL REGISTER

### GM

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
P.O. BOX 33122
3031 W. GRAND BLVD.
DETROIT, MI 48232

OWNER OF U.S. REG. NOS. 314,824, 636,392 AND OTHERS.

FOR: AUTOMOBILES, MOTOR TRUCKS, TRUCK TRACTORS, BUSES, AND PARTS THEREOF, IN CLASS 19 (INT. CL. 12).

FIRST USE 9–15–1933; IN COMMERCE 9–15–1933.

SER. NO. 295,402, FILED 4–11–1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 2, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**861,602**
Registered Dec. 10, 1968

## PRINCIPAL REGISTER
### Trademark

Ser. No. 295,402, filed Apr. 11, 1968

## GM

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit, Mich. 48202

For: AUTOMOBILES, MOTOR TRUCKS, TRUCK TRACTORS, BUSES, AND PARTS THEREOF, in CLASS 19 (INT. CL. 12).

First use on or before Sept. 15, 1933; in commerce on or before Sept. 15, 1933.

Owner of Reg. Nos. 314,824, 636,392, and others.

C. A. MARLOW, *Examiner.*

# United States of America

## United States Patent and Trademark Office

# DURAMAX

**Reg. No. 5,367,502**

**Registered Jan. 02, 2018**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

General Motors LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 20: Non-metal novelty license plates

FIRST USE 3-31-2004; IN COMMERCE 3-31-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-169,731, FILED 09-13-2016



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# DURAMAX

**Reg. No. 6,775,114**

**Registered Jun. 28, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 25: Hats

FIRST USE 7-9-2020; IN COMMERCE 7-9-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-961,533, FILED 06-14-2018





*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# TECH 2

**Reg. No. 4,572,442**

**Registered July 22, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MOTOR VEHICLE DIAGNOSTIC COMPUTERS AND PARTS THEREOF INCLUDING MEMORY CARDS; PLUG IN ELECTRONIC DEVICE FOR VEHICLE DIAGNOSTIC TESTING; ELECTRONIC DATA RECORDERS FOR USE WITH MOTOR VEHICLE COMPUTER SYSTEMS; COMPUTERS, COMPUTER MONITORS, PRINTERS, MODEMS, COMPUTER PROGRAMS FOR READING, DIAGNOSING AND ANALYZING VEHICLE PARTS AND VEHICLE SYSTEM OPERATIONS; VEHICLE BASED ELECTRONIC MODULES FOR TRANSMITTING DIAGNOSTIC INFORMATION AND VEHICLE OPERATIONAL STATUS; ELECTRONIC DEVICE TO READ ENGINE EMISSIONS; SOFTWARE FOR MOTOR VEHICLE DIAGNOSTIC APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-31-1995; IN COMMERCE 3-31-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,016,386.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TECH", APART FROM THE MARK AS SHOWN.

SER. NO. 86-167,311, FILED 1-16-2014.

TASHIA BUNCH, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



Reg. No. 4,596,433

Registered Sep. 2, 2014

Int. Cl.: 9

TRADEMARK

PRINCIPAL REGISTER

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MOTOR VEHICLE DIAGNOSTIC COMPUTER AND PARTS THEREOF INCLUDING MEMORY CARDS; PLUG IN ELECTRONIC DEVICE FOR VEHICLE DIAGNOSTIC TESTING; ELECTRONIC DATA RECORDERS FOR USE WITH MOTOR VEHICLE COMPUTER SYSTEMS; COMPUTERS, COMPUTER MONITORS, PRINTERS, MODEMS, COMPUTER PROGRAMS FOR READING, DIAGNOSING AND ANALYZING VEHICLE PARTS AND VEHICLE SYSTEM OPERATIONS; VEHICLE BASED ELECTRONIC MODULES FOR TRANSMITTING DIAGNOSTIC INFORMATION AND VEHICLE OPERATIONAL STATUS; ELECTRONIC DEVICE TO READ ENGINE EMISSIONS; SOFTWARE FOR MOTOR VEHICLE DIAGNOSTIC APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-31-1995; IN COMMERCE 3-31-1995.

OWNER OF U.S. REG. NOS. 1,714,390 AND 1,927,415.

THE MARK CONSISTS OF THE LETTERS "GM" IN A SQUARE WITH A LINE UNDERNEATH THE LETTERS.

SER. NO. 86-167,300, FILED 1-16-2014.

TASHIA BUNCH, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,474,088

**United States Patent and Trademark Office**  Registered Jan. 26, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOBILES, MOTOR TRUCKS,
TRUCK TRACTORS, BUSES, ENGINES THERE-
FOR AND STRUCTURAL PARTS THEREOF,
IN CLASS 12 (U.S. CL. 19).

FIRST USE 9–30–1966; IN COMMERCE
9–30–1966.

OWNER OF U.S. REG. NOS. 271,167, 1,034,749
AND OTHERS.

SER. NO. 664,086, FILED 6–1–1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,575,170
Registered Jan. 2, 1990

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS; NAMELY, TOY VEHICLES, TOY CARS, TOY MODEL HOBBCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 1-10-1987; IN COMMERCE 1-10-1987.
OWNER OF U.S. REG. NOS. 180,358, 1,065,021 AND OTHERS.

SER. NO. 73-693,298, FILED 11-2-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,661,627
Registered Oct. 22, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR LAND VEHICLES; NAMELY, AUTOMOBILES, PASSENGER VANS, CARGO VANS, SPORT UTILITY VEHICLES, PICK-UP TRUCKS, COMMERCIAL LAND VEHICLES; NAMELY, AUTOMOBILES, BUSES, TRUCKS, VANS, SPORT UTILITY VEHICLES, CHASSIS FOR THE FOREGOING AND ANY COMBINA-TION THEREOF AND STRUCTURAL PARTS THEREFOR, ENGINES THEREFOR, AND STRUCTURAL PARTS THEREOF; CABS AND CHASSIS FOR TRUCKS, MOTOR HOMES, AND RECREATIONAL VEHICLES; CHASSIS FOR VANS, IN CLASS 12 (U.S. CL. 19).

FIRST USE 7–22–1913; IN COMMERCE 7–22–1913.

OWNER OF U.S. REG. NOS. 95,398, 1,610,141 AND OTHERS.

SER. NO. 74–138,027, FILED 2–11–1991.

RICHARD A. STRASER, EXAMINING ATTOR-NEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

Reg. No. 2,309,369

**United States Patent and Trademark Office**    Registered Jan. 18, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CLOTH BANNERS, CLOTH FLAGS
AND BED BLANKETS, IN CLASS 24 (U.S. CLS.
42 AND 50).

FIRST USE 11-0-1989; IN COMMERCE
11-0-1989.
OWNER OF U.S. REG. NOS. 95,398, 1,540,884
AND OTHERS.

SER. NO. 75-650,013, FILED 3-1-1999.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,348,249

## United States Patent and Trademark Office

Registered May 9, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZ-
ERS, HATS, CLOTHING TIES, SWEAT SUITS,
PANTS AND SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 6-0-1996; IN COMMERCE
6-0-1996.
OWNER OF U.S. REG. NOS. 95,398, 1,540,884
AND OTHERS.

SER. NO. 75-572,664, FILED 10-15-1998.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,522,861

Registered Dec. 25, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BALLOONS, BOARD GAMES, CHRISTMAS
TREE ORNAMENTS, COLLECTIBLE TOY CARS,
DIE CAST VEHICLE MODELS, GOLF BAGS, GOLF
BALL MARKERS, GOLF BALLS, GOLF CLUBS,
GOLF PUTTERS, GOLF TEES, PEDDLE CARS,
COIN OPERATED PINBALL MACHINES, PLASTIC
TOY VEHICLE MODEL HOBBYCRAFT KITS, PLAS-

TIC TOY MODEL KIT CARS, RADIO CONTROL-
LED CARS, COIN OPERATED VIDEO GAMES AND
HAND HELD UNITS FOR PLAYING VIDEO
GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-15-1990; IN COMMERCE 7-15-1990.

SER. NO. 78-063,832, FILED 5-16-2001.

MARIA-VICTORIA SUAREZ, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**Reg. No. 2,563,091**

## United States Patent and Trademark Office

Registered Apr. 23, 2002

### TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL MONEY CLIPS, METAL KNOBS,
NON-MECHANICAL METAL STREET SIGNS, NON-
MECHANICAL METAL PARKING SIGNS, NON-
MECHANICAL TIN SIGNS, METAL KEY RINGS,
METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2,
12, 13, 14, 23, 25 AND 50).

FIRST USE 9-0-1995; IN COMMERCE 9-0-1995.

OWNER OF U.S. REG. NOS. 1,471,518, 2,348,249
AND OTHERS.

SER. NO. 76-063,263, FILED 6-5-2000.

ASMAT KHAN, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

**Reg. No. 2,357,128**

Registered June 13, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVY

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: PRESSURE SENSITIVE GRAPHICS FOR AP-PLICATION TO AUTOMOBILES AND AUTOMOBILE DEALERSHIP WINDOWS, DECALS, STICKERS,

BUMPER STICKERS AND CALENDARS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4–0–1995; IN COMMERCE 4–0–1995. OWNER OF U.S. REG. NOS. 95,398, 1,671,069 AND OTHERS.

SER. NO. 75–650,018, FILED 3–1–1999.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,308,986

## United States Patent and Trademark Office

Registered Jan. 18, 2000

## TRADEMARK
## PRINCIPAL REGISTER

## CHEVY

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZ-
ERS, HATS, CLOTHING TIES, SWEAT SUITS,
PANTS AND SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 4-0-1996; IN COMMERCE
4-0-1996.
OWNER OF U.S. REG. NOS. 95,398, 1,671,069
AND OTHERS.

SER. NO. 75-572,657, FILED 10-15-1998.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**Reg. No. 1,494,385**

**United States Patent and Trademark Office** Registered June 28, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVY

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS; NAMELY,
TOY VEHICLES, TOY CARS, TOY MODEL
BATTERY-OPERATED REMOTE AND RADIO-
CONTROLLED TOY VEHICLES, FRICTION

POWERED TOY VEHICLES AND HOBBY-
CRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 4-30-1977; IN COMMERCE
4-30-1977.

OWNER OF U.S. REG. NO. 1,471,518.

SER. NO. 696,750, FILED 11-23-1987.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,356,823

Registered June 13, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CAMARO

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZERS, HATS, CLOTHING TIES, SWEAT SUITS, PANTS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4–0–1996; IN COMMERCE 4–0–1996.

OWNER OF U.S. REG. NOS. 830,956, 1,470,779, AND 1,713,603.

SER. NO. 75–572,665, FILED 10–15–1998.

SHANNA BLAUSTEIN, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,654,526**

Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## CAMARO

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS, MADE OF BONE, IVORY, PLASTER, PLAS-TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND PORCELAIN, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-ME-TAL LICENSE PLATES, MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PIL-LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STO-RAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-1-1986; IN COMMERCE 10-1-1986.

OWNER OF U.S. REG. NOS. 830,956, 2,313,756, AND 2,356,823.

SER. NO. 78-086,851, FILED 10-4-2001.

GINA HAYES, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 3,628,953

Registered May 26, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# CAMARO

GENERAL MOTORS CORPORATION (DELA-
 WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

  FOR: MOTOR LAND VEHICLES, NAMELY, AU-
TOMOBILES, ENGINES THEREFOR AND STRUC-
TURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS.
19, 21, 23, 31, 35 AND 44).

FIRST USE 3-27-2009; IN COMMERCE 3-27-2009.

  THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

  SN 78-951,500, FILED 8-14-2006.

ANGELA M. MICHELI, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# CAMARO

**Reg. No. 4,246,081**

**Registered Nov. 20, 2012**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1968; IN COMMERCE 1-1-1968.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,470,779 AND 3,628,953.

SER. NO. 85-629,052, FILED 5-18-2012.

KATHRYN COWARD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,561,229
Registered Apr. 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## BEL AIR

GENERAL MOTORS CORPORATION (DELA-
  WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL MONEY CLIPS, NON-LUMINOUS
AND NON-MECHANICAL METAL STREET SIGNS,
NON-LUMINOUS AND NON-MECHANICAL
PARKING SIGNS, NON-LUMINOUS AND NON-

MECHANICAL TIN SIGNS, METAL KEY RINGS,
AND METAL LICENSE PLATES, IN CLASS 6 (U.S.
CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-0-1995; IN COMMERCE 9-0-1995.

SER. NO. 76-063,262, FILED 6-5-2000.

ASMAT KHAN, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# BEL AIR

**Reg. No. 4,394,946**
**Registered Sep. 3, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: EXTERIOR AND INTERIOR BADGES FOR MOTOR LAND VEHICLES, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,210, FILED 8-9-2012.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,467,522

Registered Dec. 1, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## CORVETTE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY;
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 2-1-1983; IN COMMERCE
2-1-1983.
OWNER OF U.S. REG. NOS. 579,485 AND
642,147.

SER. NO. 656,443, FILED 4-20-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

## United States Patent and Trademark Office

Reg. No. 1,495,033
Registered July 5, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CORVETTE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY, AUTO-
MOBILES, ENGINES THEREFOR, AND
STRUCTURAL PARTS THEREOF, IN CLASS 12
(U.S. CLS. 19 AND 23).

FIRST USE 4–21–1983; IN COMMERCE
4–21–1983.

OWNER OF U.S. REG. NOS. 579,485, 648,147
AND OTHERS.

SER. NO. 696,752, FILED 11–23–1987.

DAVID H. STINE, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,314,485**

**Registered Feb. 1, 2000**

## TRADEMARK
### PRINCIPAL REGISTER

## CORVETTE

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZERS, HATS, CLOTHING TIES, SWEAT SUITS, PANTS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1996; IN COMMERCE 4-0-1996.

OWNER OF U.S. REG. NOS. 1,494,171, 1,792,602 AND OTHERS.

SER. NO. 75-629,734, FILED 1-29-1999.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

**Reg. No. 2,463,898**
Registered June 26, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## CORVETTE

GENERAL MOTORS CORPORATION (DELA-
  WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

  FOR: METAL MONEY CLIPS, METAL GEAR
SHIFT KNOBS, NON-MECHANICAL METAL
STREET SIGNS, NON-MECHANICAL METAL
PARKING SIGNS, NON-MECHANICAL TIN SIGNS,
METAL KEY RINGS, METAL LICENSE PLATES, IN
CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-0-1995; IN COMMERCE 9-0-1995.

  OWNER OF U.S. REG. NOS. 2,311,215, 2,314,485
AND OTHERS.

  SER. NO. 76-063,278, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# EL CAMINO

**Reg. No. 4,382,628**
**Registered Aug. 13, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: UPHOLSTERY FOR MOTOR LAND VEHICLES; EXTERIOR AND INTERIOR BADGES FOR MOTOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF "EL CAMINO" IN THE MARK IS "THE ROAD".

SER. NO. 85-699,199, FILED 8-9-2012.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,854,854
Registered June 15, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## EQUINOX

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, TRUCKS, VANS, ENGINES THEREFOR AND STRUCTURAL PARTS THEREOF , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 3-4-2004; IN COMMERCE 3-4-2004.

SN 78-004,731, FILED 4-19-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# HIGH COUNTRY

**Reg. No. 4,444,192**
GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
**Registered Dec. 3, 2013**
DETROIT, MI 482653000

**Int. Cl.: 12**
FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, TRUCKS AND VANS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**
FIRST USE 10-23-2013; IN COMMERCE 10-23-2013.

**PRINCIPAL REGISTER**
THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-283,826, FILED 4-1-2011.

LINDA LAVACHE, EXAMINING ATTORNEY



Deborah S. Cohn
Commissioner for Trademarks of the
United States Patent and Trademark Office

# United States Patent Office

**661,322**
Registered May 6, 1958

## PRINCIPAL REGISTER
### Trademark

Ser. No. 32,751, filed June 27, 1957

## IMPALA

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit 2, Mich.

For: AUTOMOBILES, in CLASS 19.
First use Jan. 18, 1956; in commerce Jan. 18, 1956.

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,092,090

## United States Patent and Trademark Office

Registered Aug. 26, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## MALIBU

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY, AUTO-
MOBILES, ENGINES THEREFOR AND STRUC-
TURAL PARTS THEREOF, IN CLASS 12 (U.S.
CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11–14–1996; IN COMMERCE
11–14–1996.

SN 75–047,555, FILED 1–23–1996.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,430,738

**United States Patent and Trademark Office**     Registered Feb. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## MONTE CARLO

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 3–0–1989; IN COMMERCE 3–0–1989.

SER. NO. 75–630,189, FILED 1–29–1999.

ASMAT KHAN, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,681,174
Registered Jan. 28, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## MONTE CARLO

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC HOLDERS FOR BADGES,
BEDS, CHAIRS, NON-METAL CLAMPS, DESK OR-
NAMENTS MADE OF BONE, IVORY, PLASTER,
PLASTIC, WAX, WOOD, CHINA, CRYSTAL, GLASS
AND PORCELAIN, JEWELRY BOXES NOT OF
METAL, NON-METAL KEY CHAINS, NON-METAL
KEY FOBS, NON-METAL KEY HOLDERS, NON-
METAL KEY RINGS, NON-METAL KEY TAGS,
NON-METAL LICENSE PLATES, MIRRORS, NON-

METAL MONEY CLIPS, PLASTIC NAME BADGES,
NON-METAL NAMEPLATES, PICTURE FRAMES,
PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC
STORAGE BINS, SEAT CUSHIONS, STOOLS, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-1-1995; IN COMMERCE 9-1-1995.

OWNER OF U.S. REG. NOS. 1,040,089, 2,478,937
AND OTHERS.

SER. NO. 78-086,845, FILED 10-4-2001.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent Office

Reg. No. 1,039,220
Registered May 11, 1976

## TRADEMARK
### Principal Register

## SILVERADO

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit, Mich. 48202

For: MOTOR VEHICLES—NAMELY, TRUCKS—
in CLASS 12 (U.S. CL. 19).
First use Sept. 27, 1974; in commerce Sept. 27, 1974.

Ser. No. 61,004, filed Aug. 21, 1975.

R. G. BUNIS, Examiner

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,519,946

## United States Patent and Trademark Office
Registered Jan. 10, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## STINGRAY

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS; NAMELY,
TOY VEHICLES, TOY CARS, BATTERY-OPER-
ATED REMOTE AND RADIO-CONTROLLED
TOY VEHICLES, FRICTION-POWERED TOY

VEHICLES, AND TOY MODEL HOBBYCRAFT
KITS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 6-15-1987; IN COMMERCE
6-15-1987.
OWNER OF U.S. REG. NO. 1,467,522.

SER. NO. 707,406, FILED 1-25-1988.

JOHN P. RYNKIEWICZ, EXAMINING ATTOR-
NEY



# United States of America
## United States Patent and Trademark Office

# STINGRAY

**Reg. No. 4,436,811**
**Registered Nov. 19, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 9-19-2013; IN COMMERCE 9-19-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-041,072, FILED 5-18-2010.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

## United States Patent and Trademark Office

Reg. No. 1,490,090
Registered May 31, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## SUBURBAN

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY,
TRUCKS, ENGINES THEREOF AND STRUC-

TURAL PARTS THEREFOR, IN CLASS 12 (U.S.
CLS. 19 AND 23).

FIRST USE 9–30–1948; IN COMMERCE
9–30–1948.

SER. NO. 688,837, FILED 10–9–1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

## United States Patent and Trademark Office

Reg. No. 1,880,529
Registered Feb. 28, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## TAHOE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY
TRUCKS, ENGINES THEREFOR, AND STRUC-
TURAL PARTS THEREOF, IN CLASS 12 (U.S.
CLS. 19 AND 23).

FIRST USE 9–30–1981; IN COMMERCE
9–30–1981.

SER. NO. 74–512,191, FILED 4–11–1994.

ANDREW BAXLEY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,308,988

Registered Jan. 18, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## Z71

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZERS, HATS, CLOTHING TIES, SWEAT SUITS, PANTS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-0-1996; IN COMMERCE 3-0-1996.
OWNER OF U.S. REG. NOS. 1,599,494, 2,008,406 AND OTHERS.

SER. NO. 75–572,661, FILED 10–15–1998.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,654,527

## United States Patent and Trademark Office

Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## Z71

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS, MADE OF BONE, IVORY, PLASTER,
WAX, WOOD, CHINA, CRYSTAL, GLASS AND
PORCELAIN, JEWELRY BOXES NOT OF METAL,
NON-METAL KEY CHAINS, NON-METAL KEY
FOBS, NON-METAL KEY HOLDERS, NON-METAL
KEY RINGS, NON-METAL KEY TAGS, NON-ME-
TAL LICENSE PLATES, MIRRORS, NON-METAL
MONEY CLIPS, PLASTIC NAME BADGES, NON-

METAL NAMEPLATES, PICTURE FRAMES, PIL-
LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STO-
RAGE BINS, SEAT CUSHIONS STOOLS, IN CLASS
20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-1-1995; IN COMMERCE 9-1-1995.

OWNER OF U.S. REG. NOS. 2,008,406 AND
2,308,988.

SER. NO. 78-086,852, FILED 10-4-2001.

GINA HAYES, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,311,792**

## United States Patent and Trademark Office

Registered Jan. 25, 2000

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZ-
ERS, HATS, CLOTHING TIES, SWEAT SUITS,
PANTS AND SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 5-0-1987; IN COMMERCE
5-0-1987.
OWNER OF U.S. REG. NOS. 95,990, 1,540,884
AND OTHERS.

SER. NO. 75-629,731, FILED 1-29-1999.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,311,918

Registered Jan. 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CLOTH BANNERS, CLOTH FLAGS,
AND BED BLANKETS, IN CLASS 24 (U.S. CLS.
42 AND 50).

FIRST USE 11-0-1989; IN COMMERCE
11-0-1989.
OWNER OF U.S. REG. NOS. 95,990, 1,540,884
AND OTHERS.

SER. NO. 75–650,024, FILED 3–1–1999.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 2,538,436

Registered Feb. 12, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BEVERAGE GLASSWARE, BOTTLE OPENERS, CAN WRAPS, COASTERS, COMMEMORATIVE PLATES, CONTAINERS FOR FOOD, COOLERS, CORKSCREWS, CUPS, GLASS CANISTERS, ICE SCRAPERS WITH BRUSHES, MUGS, ORNAMENT REPLICAS OF VEHICLES MADE OF GLASS, CRYSTAL AND CERAMIC, PORTABLE CONTAINERS, SALT AND PEPPER SHAKERS, SERVICE TRAYS, SQUEEZE BOTTLES AND STEINS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-1-1925; IN COMMERCE 12-1-1925.

SER. NO. 78-075,334, FILED 7-24-2001.

MARIA-VICTORIA SUAREZ, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,550,170
Registered Mar. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BALLOONS, BOARD GAMES, CHRISTMAS TREE ORNAMENTS, COLLECTIBLE TOY CARS, DIECAST VEHICLE MODELS, GOLF BAGS, GOLF BALL MARKERS, GOLF BALLS, GOLF CLUBS, GOLF PUTTERS, GOLF TEES, PEDDLE CARS, PIN-BALL MACHINES, PLASTIC VEHICLE KITS, PLAS-TIC VEHICLE MODELS, RADIO CONTROLLED CARS, COIN OPERATED VIDEO GAMES AND HAND HELD UNITS FOR PLAYING VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-15-1990; IN COMMERCE 7-15-1990.

OWNER OF U.S. REG. NOS. 1,661,628, 2,311,918 AND OTHERS.

SER. NO. 78-063,842, FILED 5-16-2001.

MICHAEL WEBSTER, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,736,654

Registered July 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: BADGE HOLDERS MADE OF PLASTIC, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNAMENTS MADE OF BONE, IVORY, PLASTER, PLASTIC, WAX AND WOOD, NON-METAL JEWELRY BOXES, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, MIRRORS, NON-METAL MONEY CLIPS, NAME BADGES MADE OF PLASTIC, NAME PLATES MADE OF PLASTIC, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-1-1939; IN COMMERCE 12-1-1939.

OWNER OF U.S. REG. NOS. 647,236, 2,311,916 AND OTHERS.

SER. NO. 78-073,061, FILED 7-10-2001.

ELISSA GARBER KON, EXAMINING ATTORNEY

# UNITED STATES PATENT OFFICE.

### CHEVROLET MOTOR COMPANY, OF FLINT, MICHIGAN.

### TRADE-MARK FOR AUTOMOBILES, MOTOR-VEHICLES, AND PARTS THEREOF.

**95,398.**            **Registered Feb. 17, 1914.**

Application filed October 4, 1913. Serial No. 73,204.

## STATEMENT.

*To all whom it may concern:*

Be it known that the CHEVROLET MOTOR COMPANY, a corporation organized on November 3, 1911, under the laws of the State of Michigan, and doing business at Flint, Michigan, has adopted and used the trade-mark shown in the accompanying drawing, for automobiles, motor-vehicles, and parts thereof, in Class 19, Vehicles, not including engines.

The trade-mark was adopted and has been used continuously in the business of said corporation since July 22, 1913.

The trade-mark is applied or affixed to the goods or to the packages containing the same, by placing thereon a metal plate on which the trade-mark is shown, or by painting the trade-mark thereon, or by stamping, or by applying thereto a label bearing the trade-mark, or by applying the trade-mark to the package, crate or box containing the goods in question.

CHEVROLET MOTOR COMPANY,
By WILLIAM C. DURANT,
*Vice-President.*



## DECLARATION.

State of New York county of New York ss:

WILLIAM C. DURANT, being duly sworn, deposes and says that he is the vice-president of the corporation, the applicant named in the foregoing statement; that he believes the foregoing statement is true; that he believes said corporation is the owner of the trade-mark sought to be registered; that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use said trade-mark, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that said trade-mark is used by said corporation in commerce among the several States of the United States; that the description and drawing presented truly represent the trade-mark sought to be registered, and that the specimens show the trade-mark as actually used upon the goods.

WILLIAM C. DURANT.

Subscribed and sworn to before me this 29th day of September 1913.

[L. S.]      JOHN J. RANAGAN,
*Notary Public, No. 6, New York County, N. Y.*

Copies of this trade-mark may be obtained for five cents each, by addressing the "Commissioner of Patents, Washington, D. C."

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,519,942

**United States Patent and Trademark Office** Registered Jan. 10, 1989

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAY-THINGS; NAMELY,
TOY VEHICLES, TOY CARS, BATTERY-OPER-
ATED REMOTE AND RADIO-CONTROLLED
TOY VEHICLES, FRICTION-POWERED TOY
VEHICLES, AND TOY MODEL HOBBYCRAFT
KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 11–8–1984; IN COMMERCE
11–8–1984.

OWNER OF U.S. REG. NOS. 95,398 AND
647,236.

SER. NO. 698,806, FILED 12–3–1987.

CORA ANN MOORHEAD, EXAMINING AT-
TORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,661,628
Registered Oct. 22, 1991

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR LAND VEHICLES; NAMELY, AUTOMOBILES, PASSENGER VANS, CARGO VANS, SPORT UTILITY VEHICLES, PICK-UP TRUCKS, COMMERCIAL LAND VEHICLES; NAMELY, AUTOMOBILES, BUSES, TRUCKS, VANS, SPORT UTILITY VEHICLES, CHASSIS FOR THE FOREGOING AND ANY COMBINATION THEREOF AND STRUCTURAL PARTS THEREFOR, ENGINES THEREFOR, AND STRUCTURAL PARTS THEREOF; CABS AND CHASSIS FOR TRUCKS, MOTOR HOMES, AND RECREATIONAL VEHICLES; CHASSIS FOR VANS, IN CLASS 12 (U.S. CL. 19).

FIRST USE 7–22–1913; IN COMMERCE 7–22–1913.

OWNER OF U.S. REG. NOS. 95,398, 647,236, AND 1,540,884.

SER. NO. 74–138,028, FILED 2–11–1991.

RICHARD A. STRASER, EXAMINING ATTOR-NEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,090**
Registered Jan. 19, 2010

**Int. Cl.: 12**

**TRADEMARK**
**PRINCIPAL REGISTER**

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: FITTED DASHBOARD COVERS FOR VEHICLES, VEHICLE TIRE VALVE STEM CAPS, FITTED COVERS FOR VEHICLES, LICENSE PLATE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN AND A FLEUR-DE-LIS.

SER. NO. 77-702,973, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,094**
Registered Jan. 19, 2010

**Int. Cl.: 21**

**TRADEMARK
PRINCIPAL REGISTER**

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: BEVERAGE GLASSWARE, MUGS, TRAVEL INSULATED BEVERAGE CONTAINERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN AND A FLEUR-DE-LIS.

SER. NO. 77-703,107, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,096**
Registered Jan. 19, 2010

**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, T-SHIRTS, HATS, JACKETS, SHIRTS, SWEATSHIRTS, COATS, BANDANAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN AND A FLEUR-DE-LIS.

SER. NO. 77-703,197, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,097**
Registered Jan. 19, 2010

**Int. Cl.: 27**

**TRADEMARK**
**PRINCIPAL REGISTER**

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN AND A FLEUR-DE-LIS.

SER. NO. 77-703,215, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,098**   GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
Registered Jan. 19, 2010   300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 28**   FOR: TOY VEHICLES, GOLF BALLS, GOLF PUTTERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**   FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.
**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN AND A FLEUR-DE-LIS.

SER. NO. 77-703,234, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,482,475**

**Registered Feb. 11, 2014**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES, ENGINES THEREFOR AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 9-19-2013; IN COMMERCE 9-19-2013.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 2,232,346, 3,739,088, AND OTHERS.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THEIR BASES, ONE CONTAINING A CHECKED FLAG DESIGN, THE OTHER CONTAINING A FLEUR DE LIS AND A BOWTIE DESIGN.

SN 85-844,536, FILED 2-8-2013.

CHRISTOPHER LAW, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,597,263**
**Registered Sep. 2, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: TOY VEHICLES, RIDE-ON TOY VEHICLES, REMOTE CONTROLLED TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-9-2013; IN COMMERCE 5-9-2013.

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A V-SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND A FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-204,593, FILED 2-26-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,601,526**

**Registered Sep. 9, 2014**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MUGS, TRAVEL MUGS, DRINKING GLASSES, WATER BOTTLES SOLD EMPTY, PORTABLE BEVERAGE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-13-2012; IN COMMERCE 11-13-2012.

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A V-SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND A FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-204,337, FILED 2-26-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,601,527**

**Registered Sep. 9, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: SHIRTS, HATS, JACKETS, COATS, PULLOVERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-19-2012; IN COMMERCE 10-19-2012.

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A V-SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND A FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-204,353, FILED 2-26-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,719,036**

**Registered Apr. 14, 2015**

**Int. Cl.: 6**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A "V"SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-203,433, FILED 2-25-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,190,715**

**Registered Nov. 03, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, engines therefor and structural parts thereof

FIRST USE 3-4-2020; IN COMMERCE 3-4-2020

The mark consists of two flags connected along their poles, one containing a checkered flag design, the other containing a fleur de lis and a bowtie design.

SER. NO. 88-416,488, FILED 05-06-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,639,689**

**Registered Feb. 08, 2022**

**Int. Cl.: 6, 14, 16, 18, 21, 25, 28**

**Trademark**

**Principal Register**



David H. L. D.

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 6: Non-luminous and non-mechanical metal signs

FIRST USE 6-25-2019; IN COMMERCE 6-25-2019

CLASS 14: Lapel pins, watches

FIRST USE 6-23-2019; IN COMMERCE 6-23-2019

CLASS 16: Posters, pens, calendars, blank journal books

FIRST USE 6-27-2019; IN COMMERCE 6-27-2019

CLASS 18: Duffel bags, leather credit card cases

FIRST USE 6-24-2019; IN COMMERCE 6-24-2019

CLASS 21: Mugs, travel mugs, drinking glasses, water bottles sold empty, non-electric portable beverage coolers

FIRST USE 6-26-2019; IN COMMERCE 6-26-2019

CLASS 25: Shirts, hats, jackets, coats, pullovers

FIRST USE 6-22-2019; IN COMMERCE 6-22-2019

CLASS 28: Toy vehicles, remote controlled toy vehicles

FIRST USE 7-8-2020; IN COMMERCE 7-8-2020

The mark consists of two flags connected along their poles, one containing a checkered



# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,597,272**
**Registered Sep. 2, 2014**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 21**

FOR: MUGS, TRAVEL MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-11-2013; IN COMMERCE 2-11-2013.

**TRADEMARK**

OWNER OF U.S. REG. NO. 4,514,976.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE DESIGN OF A STINGRAY FISH.

SER. NO. 86-207,109, FILED 2-28-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,597,273**
**Registered Sep. 2, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013.

OWNER OF U.S. REG. NO. 4,514,976.

THE MARK CONSISTS OF THE DESIGN OF A STINGRAY FISH.

SER. NO. 86-207,127, FILED 2-28-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,597,275**
**Registered Sep. 2, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: TOY VEHICLES, RIDE-ON TOY VEHICLES, REMOTE CONTROLLED TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-9-2013; IN COMMERCE 5-9-2013.

OWNER OF U.S. REG. NO. 4,514,976.

THE MARK CONSISTS OF THE DESIGN OF A STINGRAY FISH.

SER. NO. 86-207,192, FILED 2-28-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,597,292**
**Registered Sep. 2, 2014**

**Int. Cl.: 6**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 4-20-2013; IN COMMERCE 4-20-2013.

OWNER OF U.S. REG. NO. 4,514,976.

THE MARK CONSISTS OF THE DESIGN OF A STINGRAY FISH.

SER. NO. 86-217,499, FILED 3-11-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

Registered Aug. 4, 1925.

Trade-Mark 201,694

# RENEWED
## AUG. 4 1945

# UNITED STATES PATENT OFFICE.

**GENERAL MOTORS CORPORATION, OF DETROIT, MICHIGAN.**

ACT OF FEBRUARY 20, 1905.

Application filed June 27, 1924. Serial No. 199,223.

# CADILLAC

## STATEMENT.

*To the Commissioner of Patents:*

General Motors Corporation, a corporation duly organized under the laws of the State of Delaware, and having its office and principal place of business in the General Motors Building, West Grand Boulevard and Cass Avenue, Detroit, Michigan, has adopted and used the trade-mark, consisting of the word "Cadillac," shown in the accompanying drawing, for AUTOMO-BILES, in Class 19, Vehicles, not including engines, and presents herewith five specimens showing the trade-mark actually used by the applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade mark has been continuously used and applied to said goods in applicant's business and in the business of its predecessors, the Cadillac Automobile Company, of Detroit, Michigan, and the Cadillac Motor Car Company, of Detroit, Michigan, both corporations organized under the laws of the State of Michigan, since the year 1903.

The applicant herein is the present owner of trade mark registrations No. 54,931, August 7, 1906, issued to the Cadillac Automobile Company, of Detroit, Michigan, assignor to Cadillac Motor Car Company, of Detroit, Michigan, and of Trade Mark No. 113,351 issued upon October 17, 1916, to the Cadillac Motor Car Company, of Detroit, Michigan, and of the good will of the business in which the said trade marks are used.

The trade mark is applied or affixed to the goods by casting the same upon a portion thereof, or by placing thereon a plate bearing the trade mark.

And the said General Motors Corporation does hereby appoint Blackmore, Spencer & Flint (a firm composed of Lloyd Blackmore, Louis M. Spencer and Ralph N. Flint), General Motors Building, Detroit, Michigan, registration No. 11183, its attorneys to prosecute this application for registration, with full power of association, substitution and revocation, to make alterations and amendments therein, to receive the registration, and to transact all business in the Patent Office connected therewith.

GENERAL MOTORS CORPORATION,
By T. S. MERRILL,
*Secretary.*

Int. Cl.: 21

Prior U.S. Cls.: 2 and 30

Reg. No. 1,663,465

## United States Patent and Trademark Office

Registered Nov. 5, 1991

### TRADEMARK
### PRINCIPAL REGISTER

## CADILLAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CERAMIC MUGS, IN CLASS 21 (U.S.
CLS. 2 AND 30).

FIRST USE 9-30-1989; IN COMMERCE
9-30-1989.

SER. NO. 74-119,391, FILED 11-30-1990.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,782,739
Registered July 20, 1993

### TRADEMARK
### PRINCIPAL REGISTER

## CADILLAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CLOTHING; NAMELY, HATS, SHIRTS,
T-SHIRTS, SWEATSHIRTS, SWEATPANTS,
HEADBANDS, AND WRISTBANDS, IN CLASS
25 (U.S. CL. 39).

FIRST USE 9–30–1979; IN COMMERCE
9–30–1979.

SER. NO. 74–120,302, FILED 11–30–1990.

ANDREW D. LAWRENCE, EXAMINING AT-
TORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,654,530

United States Patent and Trademark Office

Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## CADILLAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS MADE OF BONE, IVORY, PLASTER, PLAS-
TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND
PORCELAIN, JEWELRY BOXES, NON-METAL KEY
CHAINS, NON-METAL KEY FOBS, NON-METAL
KEY HOLDERS, NON-METAL KEY RINGS, NON-
METAL KEY TAGS, NON-METAL LICENSE
PLATES, FURNITURE MIRRORS, HAND-HELD
MIRRORS, NON-METAL MONEY CLIPS, PLASTIC

NAME BADGES, NON-METAL NAMEPLATES, PIC-
TURE FRAMES, PILLOWS, PLAQUES, PLASTIC
FLAGS, PLASTIC STORAGE BINS, SEAT CUSH-
IONS AND STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22,
25, 32 AND 50).

FIRST USE 1-1-1960; IN COMMERCE 1-1-1960.

OWNER OF U.S. REG. NOS. 1,660,237, 1,663,465,
AND 1,665,834.

SER. NO. 78-087,695, FILED 10-10-2001.

GINA HAYES, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,269,827

Registered Aug. 10, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## ESCALADE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR LAND VEHICLES, NAMELY,
AUTOMOBILES, SPORT UTILITY VEHICLES,
VANS, TRUCKS, ENGINES THEREFOR AND

STRUCTURAL PARTS THEREOF , IN CLASS
12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).
FIRST USE 10-5-1998; IN COMMERCE
10-5-1998.

SN 75-409,407, FILED 12-22-1997.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,520,169

Registered Oct. 21, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ESCALADE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, T-SHIRTS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-14-2002; IN COMMERCE 1-14-2002.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,269,827, 2,931,763,
AND 3,435,186.

SER. NO. 77-430,614, FILED 3-25-2008.

NANCY CLARKE, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,654,531**

Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS MADE OF BONE, IVORY, PLASTER, PLAS-TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND PORCELAIN, JEWELRY BOXES, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, FURNITURE MIRRORS, HAND-HELD MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PIC-TURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSH-IONS AND STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NOS. 1,679,352, 1,768,653, AND 1,872,415.

SER. NO. 78-087,701, FILED 10-10-2001.

GINA HAYES, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,779,457

Registered Nov. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL BANKS, METAL DECORATIVE BOXES, INGOTS OF COMMON METAL, METAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, MONEY CLIPS MADE OF METAL, ORNAMENTAL REPLICAS OF VEHICLES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL PARKING SIGNS MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL

STREET SIGNS MADE OF METAL, METAL TOOL BOXES, AND WALL MOUNTED AND FREE-STANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NOS. 1,530,791, 1,872,415 AND OTHERS.

SER. NO. 78-063,920, FILED 5-16-2001.

JENNIFER MARTIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,642,212**

**Registered Nov. 18, 2014**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES AND STRUCTURAL PARTS THEREFOR, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, TRUCKS, VANS, AND ENGINES THEREFOR , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-16-2014; IN COMMERCE 1-16-2014.

OWNER OF U.S. REG. NOS. 2,547,867, 3,900,705, AND OTHERS.

THE MARK CONSISTS OF A CREST DEVICE WITH VARIOUS SIZED SQUARES AND RECTANGLES CONTAINED THEREIN.

SN 86-038,915, FILED 8-15-2013.

MARYNELLE WILSON, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,827,582**
**Registered Oct. 6, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, CAPS, COATS, DRESS SHIRTS, GOLF SHIRTS, HATS, JACKETS, POLO SHIRTS, SWEAT SHIRTS, SWEATERS, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-14-2014; IN COMMERCE 1-14-2014.

OWNER OF U.S. REG. NOS. 2,547,867, 3,900,705, AND OTHERS.

THE MARK CONSISTS OF A CREST DEVICE WITH VARIOUS SIZED SQUARES AND RECTANGLES CONTAINED THEREIN.

SN 86-039,208, FILED 8-15-2013.

MARYNELLE WILSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,837,265**

**Registered Oct. 20, 2015**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: DRINKING GLASSES, MUGS, TRAVEL INSULATED BEVERAGE CONTAINERS, FLASKS, PORTABLE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-14-2014; IN COMMERCE 1-14-2014.

OWNER OF U.S. REG. NOS. 2,547,867, 3,900,705, AND OTHERS.

THE MARK CONSISTS OF A CREST DEVICE WITH VARIOUS SIZED SQUARES AND RECTANGLES CONTAINED THEREIN.

SN 86-039,029, FILED 8-15-2013.

MARYNELLE WILSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 2,875,574

Registered Aug. 17, 2004

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AU-TOMOBILES, SPORT UTILITY VEHICLES, TRUCKS, VANS, ENGINES THEREFOR AND STRUCTURAL PARTS THEREOF , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-31-2004; IN COMMERCE 1-31-2004.

THE DESIGN CONSISTS OF A HIGHLY STY-LIZED LETTER "V".

SN 78-155,801, FILED 8-20-2002.

CURTIS FRENCH, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,470,781
Registered Dec. 29, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY;
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 1-1-1983; IN COMMERCE
1-1-1983.
OWNER OF U.S. REG. NOS. 646,914, 1,337,811
AND OTHERS.

SER. NO. 662,764, FILED 5-26-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

Reg. No. 1,569,557

# United States Patent and Trademark Office

Registered Dec. 5, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY,
TRUCKS, PICK-UP TRUCKS, SPORT UTILITY
TRUCKS, CARGO VANS, PASSENGER VANS,
ENGINES THEREFOR AND STRUCTURAL
PARTS THEREOF; CABS AND CHASSIS FOR
TRUCKS, CABS AND CHASSIS FOR RECRE-
ATIONAL VEHICLES, CHASSIS FOR MOTOR
HOMES, AND CHASSIS FOR BUSES, IN CLASS
12 (U.S. CLS. 19 AND 23).

FIRST USE 12-31-1911; IN COMMERCE
12-31-1911.

OWNER OF U.S. REG. NOS. 646,914, 1,470,781
AND OTHERS.

SER. NO. 793,104, FILED 4-6-1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,455,330

Registered May 29, 2001

## TRADEMARK
## PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
PO BOX 300
DETROIT, MI 482653000

FOR: JACKETS, JOGGING SUITS, PARKAS, COATS, SWEAT SHIRTS, SWEAT PANTS, BASE-BALL SHIRTS, SHORTS, T-SHIRT, HATS, SHOES, BANDANAS, GLOVES, ROBES, SWEATERS, TIES,

SOCKS, APRONS, SHIRT, BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

SER. NO. 76-062,040, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 2,459,744

Registered June 12, 2001

## TRADEMARK
### PRINCIPAL REGISTER

# GMC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
PO BOX 300
DETROIT, MI 482653000

FOR: CUPS, MUGS, PORTABLE COOLERS, PORTABLE ICE CHESTS FOR FOOD AND BEVERAGES, JARS SOLD EMPTY, SALT AND PEPPER SHAKERS,

CAR DUSTERS , IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-062,041, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,461,697
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOCKS, WATCHES, EARRINGS, BELT
BUCKLES OF PRECIOUS METALS, MONEY CLIPS
OF PRECIOUS METALS, LAPEL PINS, TIE TACKS,
IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-063,940, FILED 6-6-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 2,700,392
Registered Mar. 25, 2003

### TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BEDS, CHAIRS, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1955; IN COMMERCE 1-1-1955.

OWNER OF U.S. REG. NO. 2,461,697.

SER. NO. 78-096,309, FILED 12-3-2001.

EDD VASQUEZ, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,224,539
Registered Feb. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## DENALI

GENERAL MOTORS ACCEPTANCE CORPO-
RATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY SPORT
UTILITY VEHICLES, ENGINES THEREFOR
AND STRUCTURAL PARTS THEREOF, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-2-1998; IN COMMERCE
2-2-1998.

SN 75-056,070, FILED 2-12-1996.

CINDY GREENBAUM, EXAMINING ATTOR-
NEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

**United States Patent and Trademark Office**

Reg. No. 1,573,202
Registered Dec. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## SIERRA

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTORS VEHICLES; NAMELY, TRUCKS, ENGINES THEREFOR, AND STRUC-TURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19 AND 23).

FIRST USE 9–30–1973; IN COMMERCE 9–30–1973.

OWNER OF U.S. REG. NO. 1,192,074.

SER. NO. 73–738,098, FILED 7–5–1988.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,683,735

Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## SIERRA

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS MADE OF PLASTIC AND WOOD, JEWEL-RY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD AND WALL MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1988; IN COMMERCE 1-1-1988.

SER. NO. 78-096,306, FILED 12-3-2001.

TRICIA SONNEBORN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,453,396

Registered June 24, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# H3

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: MINIATURE MODELS OF VEHICLES, TOY VEHICLES, HOBBY KITS FOR THE CONSTRUC-TION OF TOY VEHICLES, COLLECTABLE TOY CARS, RADIO CONTROLLED TOY CARS, RIDE-ON TOYS IN THE NATURE OF PEDAL CARS, BOARD GAMES, BALLOONS, STAND ALONE VI-DEO GAME MACHINES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, PINBALL MACHINES, CHRISTMAS TREE ORNAMENTS, GOLF BALL MARKERS, GOLF BALLS, GOLF CLUBS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-5-2005; IN COMMERCE 7-5-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,058,165.

SER. NO. 77-315,490, FILED 10-29-2007.

STEVEN PEREZ, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 3,457,399

Registered July 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# H3

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, NON-LUMINOUS AND NON-MECHANICAL METAL PARKING SIGNS, NON-LUMINOUS AND NON-MECHANI-CAL METAL STREET SIGNS, METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 8-29-2005; IN COMMERCE 8-29-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,058,165.

SER. NO. 77-315,486, FILED 10-29-2007.

STEVEN PEREZ, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,245,635

Registered May 18, 1999

## TRADEMARK
## PRINCIPAL REGISTER

# HUMMER

AM GENERAL CORPORATION (DELAWARE CORPORATION)
P.O. BOX 7025
SOUTH BEND, IN 466347025

FOR: TOYS, NAMELY, TOY TRUCKS AND MODEL KITS FOR BUILDING TOY TRUCKS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-0-1994; IN COMMERCE 11-0-1994.

OWNER OF U.S. REG. NO. 1,730,936.

SER. NO. 75-387,765, FILED 11-10-1997.

JUDITH GRUNDY, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,414,500**

**United States Patent and Trademark Office**   **Registered Dec. 19, 2000**

### TRADEMARK
#### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTOR CORPORATION (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000 BY ASSIGNMENT; BY AS-SIGNMENT AM GENERAL CORPORATION (DELAWARE CORPORATION) SOUTH BEND, IN 466347025

FOR: FOOTWEAR AND APPAREL, NAMELY, SOCKS, HOSIERY, UNDERWEAR, HATS, SCARVES, GLOVES, EARMUFFS, JACKETS, PANTS, SHORTS, SKIRTS, SHIRTS, SWEATSHIRTS AND SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–0–1998; IN COMMERCE 11–0–1998.

OWNER OF U.S. REG. NOS. 1,730,936 AND 2,238,142.

SN 75–566,119, FILED 10–6–1998.

TAMI COHEN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# HUMMER

**Reg. No. 5,519,708**

**Registered Jul. 17, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Spare tire covers

FIRST USE 4-1-2006; IN COMMERCE 4-1-2006

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-810,656, FILED 02-26-2018



Director of the United States
Patent and Trademark Office

# United States Patent Office

**860,907**
Registered Nov. 26, 1968

## PRINCIPAL REGISTER
### Trademark

Ser. No. 291,863, filed Feb. 26, 1968

## BUICK

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit, Mich. 48202

For: AUTOMOBILES AND PARTS THEREOF, in CLASS 19 (INT. CL. 12).

First use in or before 1904; in commerce in or before 1904.

Owner of Reg. Nos. 108,852, 647,618, and others.

C. A. MARLOW, *Examiner.*

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,682,097

Registered Apr. 7, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: T-SHIRTS, SHORTS, SWEATSHIRTS,
TIES, SHIRTS, CAPS, VISORS, JACKETS, AND
SWEATERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–30–1975; IN COMMERCE
9–30–1975.
OWNER OF U.S. REG. NOS. 199,246, 860,907
AND OTHERS.

SER. NO. 74–175,989, FILED 6–14–1991.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2 and 33

Reg. No. 1,685,358

## United States Patent and Trademark Office

Registered May 5, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MUGS, CRYSTAL BOXES, AND
GLASSWARE FOR BEVERAGES, IN CLASS 21
(U.S. CLS. 2 AND 33).

FIRST USE 9–30–1977; IN COMMERCE
9–30–1977.
OWNER OF U.S. REG. NOS. 199,246, 860,907
AND OTHERS.

SER. NO. 74–173,740, FILED 6–7–1991.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,625,102

Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL BANKS, DECORATIVE METAL BOXES, INGOTS OF COMMON METAL, METAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, MONEY CLIPS MADE OF METAL, ORNAMENTAL REPLICAS OF VEHICLES MADE OF METAL, PARKING SIGNS MADE OF METAL, STREET SIGNS MADE OF METAL TOOL BOXES, AND WALL MOUNTED AND FREE-STANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-1-1905; IN COMMERCE 12-1-1905.

OWNER OF U.S. REG. NOS. 647,618, 1,668,926 AND OTHERS.

SER. NO. 78-063,931, FILED 5-16-2001.

APRIL L. RADEMACHER, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,678,154

United States Patent and Trademark Office    Registered Jan. 21, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS, NAMELY ORNAMENTS OF PLASTIC OR
WOOD, JEWELRY BOXES NOT OF METAL, NON-
METAL KEY CHAINS, NON-METAL KEY FOBS,
NON-METAL KEY HOLDERS, NON-METAL KEY
RINGS, NON-METAL KEY TAGS, NON-METAL
LICENSE PLATES, HAND HELD MIRRORS, NON-
METAL MONEY CLIPS, NAME BADGES, NAME
PLATES, PICTURE FRAMES, PILLOWS, PLAQUES,
PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT
CUSHIONS, AND STOOLS, IN CLASS 20 (U.S. CLS. 2,
13, 22, 25, 32 AND 50).

FIRST USE 1-1-1950; IN COMMERCE 1-1-1950.

OWNER OF U.S. REG. NO. 1,685,308.

SER. NO. 78-092,347, FILED 11-8-2001.

PAULA MAYS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

Reg. No. 1,559,739

# United States Patent and Trademark Office
Registered Oct. 10, 1989

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY, AUTO-MOBILES, ENGINES THEREFOR, AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19 AND 23).

FIRST USE 9–1–1981; IN COMMERCE 9–1–1981.

OWNER OF U.S. REG. NOS. 199,246, 1,037,850 AND OTHERS.

SER. NO. 781,694, FILED 2–21–1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 30 and 33

## United States Patent and Trademark Office

Reg. No. 1,741,359
Registered Dec. 22, 1992

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CRYSTAL BOXES, GLASSWARE FOR
BEVERAGES, AND MUGS, IN CLASS 21 (U.S.
CLS. 2, 30 AND 33).

FIRST USE 9–30–1982, FIRST USED IN AN-
OTHER FORM ON SEPTEMBER 30, 1971; IN
COMMERCE 9–30–1982, FIRST USED IN COM-
MERCE IN ANOTHER FORM ON SEPTEMBER
30, 1971.

OWNER OF U.S. REG. NOS. 1,473,052, 1,559,739
AND OTHERS.

SER. NO. 74–175,875, FILED 6–14–1991.

BARBARA S. HUDSON, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,625,101

## United States Patent and Trademark Office

Registered Sep. 24, 2002

### TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL BANKS, DECORATIVE METAL BOXES, INGOTS OF COMMON METAL, METAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANI-CAL METAL SIGNS, MONEY CLIPS MADE OF METAL, ORNAMENTAL REPLICAS OF VEHICLES MADE OF METAL, PARKING SIGNS MADE OF METAL, STREET SIGNS MADE OF METAL TOOL

BOXES, AND WALL MOUNTED AND FREE-STANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-30-1971; IN COMMERCE 9-30-1971.

OWNER OF U.S. REG. NOS. 1,473,052, 1,487,116 AND OTHERS.

SER. NO. 78-063,928, FILED 5-16-2001.

APRIL L. RADEMACHER, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,631,830

Registered Oct. 8, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
   WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

   FOR: CLOTHING, NAMELY, APRONS, CAPS,
COATS, DRESS SHIRTS, GLOVES, GOLF SHIRTS,
HATS, HEADBANDS, JACKETS, MOCCASINS,
NECKTIES, OVERALLS, PANTS, POLO SHIRTS,
RAINWEAR, ROBES, SCARVES, SHOES, SHORTS,
SLEEP WEAR, SLIPPERS, SOCKS, SUNVISORS,
SWEAT PANTS, SWEAT SHIRTS, SWEATERS, T-

SHIRTS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND
39).

   FIRST USE 9-30-1971; IN COMMERCE 9-30-1971.

   OWNER OF U.S. REG. NOS. 1,559,739, 1,790,402
AND OTHERS.

   SER. NO. 78-063,886, FILED 5-16-2001.

SHARON ASAR, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,740,351
Registered July 22, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS; BEDS;
CHAIRS; NON-METAL CLAMPS; DESK ORNA-
MENTS MADE OF PLASTIC OR WOOD; JEWELRY
BOXES NOT OF METAL; NON-METAL KEY
CHAINS; NON-METAL KEY FOBS; NON-METAL
KEY HOLDERS; NON-METAL KEY RINGS; NON-
METAL KEY TAGS; PLASTIC NOVELTY LICENSE
PLATES; MIRRORS; NON-METAL MONEY CLIPS;
PLASTIC NAME BADGES; NAMEPLATES; PIC-

TURE FRAMES; PILLOWS; PLAQUES; PLASTIC
FLAGS; PLASTIC STORAGE BINS; SEAT CUSH-
IONS; STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32
AND 50).

FIRST USE 1-1-1975; IN COMMERCE 1-1-1975.

OWNER OF U.S. REG. NOS. 1,687,896, 1,720,322
AND OTHERS.

SER. NO. 78-092,342, FILED 11-8-2001.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,467,546
Registered Dec. 1, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY;
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 10-1-1983; IN COMMERCE
10-1-1983.
OWNER OF U.S. REG. NOS. 222,073, 647,239
AND OTHERS.

SER. NO. 659,288, FILED 5-7-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,563,775**

United States Patent and Trademark Office     Registered Apr. 23, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, JACKETS, JOG-
GING SUITS, PARKAS, COATS, SWEAT SHIRTS,
SWEAT PANTS, BASEBALL SHIRTS, SHORTS, T-
SHIRTS, HATS, SHOES, BANDANAS, GLOVES,
ROBES, SWEATERS, TIES, SOCKS, APRONS,
SHIRTS, BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1976; IN COMMERCE 9-30-1976.

OWNER OF U.S. REG. NOS. 1,708,037, 1,775,048
AND OTHERS.

SER. NO. 78-022,261, FILED 8-22-2000.

HOWARD SMIGA, EXAMINING ATTORNEY

Int. Cls.: **6, 18, 20 and 28**

Prior U.S. Cls.: **1, 2, 3, 12, 13, 14, 22, 23, 25, 32, 38, 41 and 50**

Reg. No. 2,659,488

## United States Patent and Trademark Office

Registered Dec. 10, 2002

### TRADEMARK
#### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL PIGGY BANKS, METAL DECORA-TIVE BOXES, INGOTS OF COMMON METAL, ME-TAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS FOR LOCKS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, MONEY CLIPS MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL PARKING SIGNS, NON-LUMINOUS AND NON-MECHANICAL ME-TAL STREET SIGNS, METAL TOOL BOXES AND FREESTANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-1-1964; IN COMMERCE 12-1-1964.

FOR: LEATHER KEY CHAINS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-19-1997; IN COMMERCE 9-19-1997.

FOR: NON-METAL KEY CHAINS, PLASTIC KEY CHAIN TAGS, KEY FOBS NOT OF METAL, NON-METAL KEY RINGS, PLASTIC KEY RINGS, NON-METAL TOOL BOXES AND FREE-STANDING NON-METAL TOOL RACKS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-14-1997; IN COMMERCE 9-14-1997.

FOR: MINIATURE REPLICAS OF VEHICLES, AND TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

OWNER OF U.S. REG. NOS. 1,467,546, 1,744,568 AND OTHERS.

SER. NO. 78-063,901, FILED 5-16-2001.

SHARON ASAR, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,683,733

Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS MADE OF PLASTIC AND WOOD, JEWEL-RY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD AND WALL MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1949; IN COMMERCE 1-1-1949.

SER. NO. 78-096,291, FILED 12-3-2001.

TRICIA SONNEBORN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,470,780

## United States Patent and Trademark Office    Registered Dec. 29, 1987

### TRADEMARK
### PRINCIPAL REGISTER

## FIREBIRD

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 2-1-1984; IN COMMERCE
2-1-1984.
OWNER OF U.S. REG. NO. 597,859 AND
OTHERS.

SER. NO. 662,763, FILED 5-26-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,700,393

Registered Mar. 25, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## FIREBIRD

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BEDS, CHAIRS, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PIC-TURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSH-IONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1968; IN COMMERCE 1-1-1968.

SER. NO. 78-096,311, FILED 12-3-2001.

EDD VASQUEZ, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,686,610

Registered Feb. 11, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## BONNEVILLE

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR, PLASTIC BADGE HOLDERS; NON-METAL CLAMPS, DESK ORNAMENTS MADE OF PLASTIC AND WOOD; JEWELRY BOXES NOT OF METAL; NON-METAL KEY CHAINS; NON-METAL KEY FOBS; NON-METAL KEY HOLDERS; NON-METAL KEY RINGS; PLASTIC KEY TAGS; PLAS-TIC NOVELTY LICENSE PLATES; FURNITURE, NAMELY, MIRRORS; NON-METAL MONEY CLIPS; PLASTIC NAME BADGES; PLASTIC NAME PLATES; PLAQUES; PLASTIC FLAGS; PLASTIC STORAGE BINS; SEAT CUSHIONS; STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1959; IN COMMERCE 1-1-1959.

OWNER OF U.S. REG. NO. 606,303.

SER. NO. 78-096,285, FILED 12-3-2001.

WILLIAM JACOBI, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,470,782

## United States Patent and Trademark Office

Registered Dec. 29, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## FIERO

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY,
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 2-1-1984; IN COMMERCE
2-1-1984.

OWNER OF U.S. REG. NO. 1,397,922.

SER. NO. 662,767, FILED 5-26-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,329,342

Registered Nov. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# Fiero

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 7-0-2002; IN COMMERCE 7-0-2002.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,470,782 AND
1,489,529.

"THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS PROUD."

SER. NO. 78-913,981, FILED 6-22-2006.

SUSAN RICHARDS, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,686,611

Registered Feb. 11, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## GRAND AM

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS MADE OF PLASTIC AND WOOD, JEWEL-RY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD AND WALL MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1978; IN COMMERCE 1-1-1978.

SER. NO. 78-096,297, FILED 12-3-2001.

TRICIA SONNEBORN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,522,859

## United States Patent and Trademark Office

Registered Dec. 25, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GTO

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BALLOONS, BOARD GAMES, CHRISTMAS TREE ORNAMENTS, COLLECTIBLE TOY CARS, DIE CAST VEHICLE MODELS, GOLF BAGS, GOLF BALL MARKERS, GOLF BALLS, GOLF CLUBS, GOLF PUTTERS, GOLF TEES, PEDDLE CARS, COIN OPERATED PINBALL MACHINES, PLASTIC TOY VEHICLE MODEL HOBBYCRAFT KITS, PLAS-

TIC TOY MODEL KIT CARS, RADIO CONTROL-LED CARS, COIN OPERATED VIDEO GAMES AND HAND HELD UNITS FOR PLAYING VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-1977; IN COMMERCE 9-30-1977.

SER. NO. 78-063,823, FILED 5-16-2001.

MARIA-VICTORIA SUAREZ, EXAMINING ATTOR-NEY



# United States of America
## United States Patent and Trademark Office

# GTO

**Reg. No. 4,275,877**
**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-19-1998; IN COMMERCE 11-19-1998.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-692,053, FILED 8-1-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,550,171**
Registered Mar. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, APRONS, CAPS, COAT, DRESS SHIRTS, GLOVES, GOLF SHIRTS, HATS, HEADBANDS, JACKETS, MOCCASINS, NECKTIES, OVERALLS, PANTS, POLO SHIRTS, RAINWEAR, ROBES, SCARVES, SHOES, SHORTS, SLEEP WEAR, SLIPPERS, SOCKS, SUNVISORS, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, T-SHIRTS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-1-1964; IN COMMERCE 12-1-1964.

OWNER OF U.S. REG. NOS. 1,751,115, 2,447,984 AND OTHERS.

SER. NO. 78-063,846, FILED 5-16-2001.

MICHAEL WEBSTER, EXAMINING ATTORNEY

Int. Cls.: **6, 18, 20 and 28**

Prior U.S. Cls.: **1, 2, 3, 12, 13, 14, 22, 23, 25, 32, 38, 41 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,635,330

Registered Oct. 15, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL PIGGY BANKS, METAL DECORA-TIVE BOXES, INGOTS OF COMMON METAL, ME-TAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS FOR LOCKS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, MONEY CLIPS MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL PARKING SIGNS, NON-LUMINOUS AND NON-MECHANICAL ME-TAL STREET SIGNS, METAL TOOL BOXES AND FREESTANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-1-1964; IN COMMERCE 12-1-1964.

FOR: LEATHER KEY CHAINS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-19-1997; IN COMMERCE 9-19-1997.

FOR: NON-METAL KEY CHAINS, PLASTIC KEY CHAIN TAGS, KEY FOBS NOT OF METAL, NON-METAL KEY RINGS, PLASTIC KEY RINGS, NON-METAL TOOL BOXES AND FREE-STANDING NON-METAL TOOL RACKS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-14-1997; IN COMMERCE 9-14-1997.

FOR: MINIATURE REPLICAS OF VEHICLES, AND TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

OWNER OF U.S. REG. NOS. 1,495,970, 1,744,567 AND OTHERS.

SER. NO. 78-063,897, FILED 5-16-2001.

SHARON ASAR, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,338,292**

**Registered May 21, 2013**

**Int. Cl.: 27**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NO. 2,734,723.

THE MARK CONSISTS OF THE IMAGE OF A BIRD WITH ITS WINGS SPREAD.

SER. NO. 85-731,526, FILED 9-18-2012.

RONALD MCMORROW, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,775,430
Registered Oct. 21, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# OLDSMOBILE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL BANKS, METAL DECORATIVE
BOXES, INGOTS OF COMMON METAL, METAL
KEY CHAINS, METAL KEY FOBS, METAL KEY
RINGS, METAL KEYS, LICENSE PLATES MADE OF
METAL, NON-LUMINOUS AND NON-MECHANI-
CAL METAL SIGNS, MONEY CLIPS MADE OF
METAL, ORNAMENTAL REPLICAS OF VEHICLES
MADE OF METAL, NON-LUMINOUS AND NON-

MECHANICAL PARKING SIGNS MADE OF ME-
TAL, NON-LUMINOUS AND NON-MECHANICAL
STREET SIGNS MADE OF METAL, METAL TOOL
BOXES, AND WALL MOUNTED AND FREE-
STANDING METAL TOOL RACKS, IN CLASS 6
(U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-30-1965; IN COMMERCE 9-30-1965.

SER. NO. 78-063,904, FILED 5-16-2001.

JENNIFER MARTIN, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,736,653**

Registered July 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## OLDSMOBILE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: BADGE HOLDERS MADE OF PLASTIC,
BEDS, CHAIRS, NON-METAL CLAMPS, DESK OR-
NAMENTS MADE OF BONE, IVORY, PLASTER,
PLASTIC, WAX AND WOOD, NON-METAL JEW-
ELRY BOXES, NON-METAL KEY CHAINS, NON-
METAL KEY FOBS, NON-METAL KEY HOLDERS,
NON-METAL KEY RINGS, NON-METAL KEY
TAGS, NON-METAL LICENSE PLATES, MIRRORS,
NON-METAL MONEY CLIPS, NAME BADGES

MADE OF PLASTIC, NAMEPLATES MADE OF
PLASTIC, PICTURE FRAMES, PILLOWS, PLAQUES,
PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT
CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22,
25, 32 AND 50).

FIRST USE 9-30-1979; IN COMMERCE 9-30-1979.

OWNER OF U.S. REG. NOS. 39,405, 1,667,110, AND
1,747,163.

SER. NO. 78-073,056, FILED 7-10-2001.

ELISSA GARBER KON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,744,632
Registered Jan. 5, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## OLDSMOBILE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: APPAREL; NAMELY, SWEATERS,
JACKETS, CAPS, HATS, SHIRTS, TIES,
VISORS, BLAZERS, AND SWEATSHIRTS, IN
CLASS 25 (U.S. CL. 39).

FIRST USE 9–30–1979; IN COMMERCE
9–30–1979.
OWNER OF U.S. REG. NOS. 39,405, 1,667,110
AND OTHERS.

SER. NO. 74–279,760, FILED 6–1–1992.

ELEANOR MELTZER, EXAMINING ATTOR-
NEY



# United States of America
## United States Patent and Trademark Office

# 442

**Reg. No. 4,286,316**
**Registered Feb. 5, 2013**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1999; IN COMMERCE 1-1-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,131, FILED 8-9-2012.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Int. Cls.: 6, 7, 9 and 12

Prior U.S. Cls.: 2, 12, 13, 14, 19, 21, 23, 25, 26, 31, 34, 35, 36, 38, 44 and 50

**United States Patent and Trademark Office**

Reg. No. 2,052,593

Registered Apr. 15, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## AC-DELCO

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: RADIATOR CAPS, OIL FILLER CAPS, FUEL FILLER CAPS AND IGNITION CABLE ALL OF METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, AND 50).

FIRST USE 9–30–1974; IN COMMERCE 9–30–1974.

FOR: LAND VEHICLE ENGINE PARTS; LAND VEHICLE ENGINE GENERATORS, AL-TERNATORS AND STARTING MOTORS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9–30–1974; IN COMMERCE 9–30–1974.

FOR: BATTERIES, SPEEDOMETERS, ODOM-ETERS, ELECTRICAL SWITCHES, TACHOM-ETERS, THERMOSTATS, MICROPROCESSORS AND SENSORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9–30–1974; IN COMMERCE 9–30–1974.

FOR: SUSPENSION COMPONENTS, NAMELY, SHOCK ABSORBERS, SPRINGS, STRUTS, BRAKES AND BRAKE COMPO-NENTS, NAMELY, DISKS, PADS, DRUMS, ROTORS CALIPERS, MASTER CYLINDERS AND POWER UNITS, ENGINES, TRANSMIS-SIONS, AXLES AND HORNS, ALL FOR USE IN LAND MOTOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9–30–1974; IN COMMERCE 9–30–1974.

SER. NO. 75–097,805, FILED 5–2–1996.

MATTHEW KLINE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# DELCO

**Reg. No. 6,883,181**
**Registered Oct. 25, 2022**
**Int. Cl.: 9, 16**
**Trademark**
**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 9: Plastic covers for motor vehicle batteries

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000

CLASS 16: Decals

FIRST USE 1-1-1999; IN COMMERCE 1-1-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-887,370, FILED 08-17-2021



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



**Int. Cl.: 7**

**Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35**

**United States Patent and Trademark Office**

**Reg. No. 2,445,740**

Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOBILE PARTS, COMPONENTS
AND ACCESSORIES, ALTERNATORS FOR LAND
VEHICLES, STARTING MOTORS FOR AUTOMO-
BILES, COOLING RADIATORS FOR MOTORS AND
VEHICLES, RADIATOR FANS FOR VEHICLE EN-
GINES, AIR COMPRESSORS FOR VEHICLES, CAT-
ALYTIC CONVERTERS FOR MOTORS AND
ENGINES; FUEL INJECTORS; VEHICLE PARTS,
NAMELY, CARBURETORS, ENGINE OR MOTOR
EXHAUST MUFFLERS; EXHAUST MANIFOLDS
FOR ENGINES, AUTOMOBILE EXHAUST SYSTEM
RESONATORS; AUTOMOTIVE FLYWHEELS; FUEL

PUMPS FOR LAND VEHICLES; WATER PUMPS
FOR USE IN MOTORS AND ENGINES; SPARK
PLUGS; EMISSION REDUCTION UNITS FOR MO-
TORS AND ENGINES, NAMELY PCV VALVES;
ENGINE VALVES AND VALVE LIFTERS, IN CLASS
7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 354,888, 2,052,593 AND
OTHERS.

SER. NO. 75-764,998, FILED 8-2-1999.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,445,739

**United States Patent and Trademark Office**     Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOTIVE PARTS, AUTOMOTIVE
COMPONENTS AND AUTOMOTIVE ACCESSOR-
IES, NAMELY, ELECTRIC IGNITION SWITCHES;
ELECTRIC AIR BAG SWITCHES; ELECTRICAL
SWITCHES; BATTERIES; REMANUFACTURED
SOUND SYSTEMS CONSISTING OF RADIOS,
SOUND AMPLIFIERS, AUDIO SPEAKERS, CAS-
SETTE DECKS FOR AUTOMOBILES, COMPACT
DISC PLAYERS FOR AUTOMOBILES; REMANU-
FACTURED CELLULAR TELEPHONES; THERMO-
STATS; METERS FOR AUTOMOBILES, NAMELY,
SPEEDOMETERS, AEROMETERS, ACCELEROM-
ETERS, AMMETERS, VOLTMETERS, ODOMETERS,
TACHOMETERS; PRESSURE GAUGES, NAMELY,
FUEL GAUGES, BOOST GAUGES, FUEL PRES-

SURES GAUGES, OIL PRESSURE GAUGES, OIL
TEMPERATURE GAUGES, VACUUM GAUGES,
WATER TEMPERATURE GAUGES AND VOLTME-
TER GAUGES; CONDENSERS; ELECTRICAL WIRE
SETS COMPRISED OF ELECTRICAL CABLE, ELEC-
TRICAL CONNECTORS, AND VOLTAGE REGULA-
TORS; ELECTRICAL CIGARETTE LIGHTER
ADAPTERS FOR LAND VEHICLES, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 1,721,627, 1,739,592
AND OTHERS.

SER. NO. 75-764,997, FILED 8-2-1999.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,445,737
Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## ACDelco

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOTIVE PARTS, COMPONENTS AND ACCESSORIES FOR LAND VEHICLES, NAMELY, AXLES, AXLE BEARINGS, AXLE SHAFTS, WHEEL BEARINGS; BRAKES FOR LAND VEHICLES AND BRAKE COMPONENTS FOR LAND VEHICLES, NAMELY, BRAKE DISKS, BRAKE PADS, BRAKE DRUMS, BRAKE ROTORS, BRAKE CALIPERS, BRAKE MASTER CYLINDERS, BRAKE LINING, DRIVE GEARS AND POWER UNITS; VEHICLE PARTS, NAMELY WINDSHIELD WIPERS, WINDSHIELD WIPER ARMS AND WIPER BLADES, CYLINDER HEADS; PARTS FOR LAND VEHICLES, NAMELY, ENGINE BLOCKS, ENGINES; FUEL TANKS FOR VEHICLES; SIDE-VIEW AND REARVIEW MIRRORS FOR VEHICLES; CONNECTING RODS FOR LAND VEHICLE ENGINES; TORQUE CONVERTERS FOR LAND VEHICLES; CLUTCHES FOR LAND VEHICLES; LAND VEHICLE PARTS, NAMELY AUTOMOBILE BUMPERS, AUTOMOBILE BODY MOLDINGS, VEHICLE FENDERS, VEHICLE QUARTER PANELS, VEHICLE HOODS, VEHICLE DECK LIDS, VEHICLE RADIATOR GRILLS; SUSPENSION SYSTEM COMPONENTS FOR LAND VEHICLES, NAMELY, SHOCK ABSORBERS, COIL SPRINGS, STRUTS; TRANSMISSIONS; VEHICLE HORNS; SEAT BELTS FOR VEHICLES; DIRECTIONAL SIGNALS FOR VEHICLES; STEERING COMPONENTS FOR LAND VEHICLES, NAMELY, STEERING WHEEL, POWER STEERING PUMPS, POWER STEERING GEARBOXES; HUB CAPS; LAND VEHICLE PARTS, NAMELY WHEELS AND COIL SPRINGS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 354,888, 2,052,593 AND OTHERS.

SER. NO. 75-764,994, FILED 8-2-1999.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35 and 50

**Reg. No. 2,445,738**

## United States Patent and Trademark Office

Registered Apr. 24, 2001

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOTIVE PARTS, COMPONENTS
AND ACCESSORIES NAMELY NON-METAL GAS-
KETS FOR VEHICLES, NON-METAL HOSES FOR
VEHICLES, AND NON-METAL SEALS FOR VEHI-
CLES, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 1,721,627, 2,052,593
AND OTHERS.

SER. NO. 75-764,995, FILED 8-2-1999.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,656,665
Registered Dec. 3, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## BLAZER

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS, MADE OF BONE, IVORY, PLASTER, PLAS-TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND PORCELAIN, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-ME-TAL LICENSE PLATES, MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PIL-LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STO-RAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-1-1986; IN COMMERCE 10-1-1986.

OWNER OF U.S. REG. NO. 1,490,089.

SER. NO. 78-086,863, FILED 10-4-2001.

GINA HAYES, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# BLAZER

**Reg. No. 5,751,576**

**Registered May 14, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks and vans

FIRST USE 12-31-2018; IN COMMERCE 12-31-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-815,229, FILED 11-10-2015



Director of the United States
Patent and Trademark Office

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,311,794

Registered Jan. 25, 2000

## TRADEMARK
## PRINCIPAL REGISTER

## CHEVELLE

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 3-0-1989; IN COMMERCE 3-0-1989.

OWNER OF U.S. REG. NOS. 95,398, 1,540,884 AND OTHERS.

SER. NO. 75-629,737, FILED 1-29-1999.

GIANCARLO CASTRO, EXAMINING ATTOR-NEY



# United States of America
## United States Patent and Trademark Office

# CHEVELLE

| | |
|---|---|
| **Reg. No. 4,431,312** | GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered Nov. 12, 2013** | 300 RENAISSANCE CENTER<br>DETROIT, MI 482653000 |
| **Int. Cl.: 12** | FOR: EXTERIOR BADGES FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44). |
| **TRADEMARK** | FIRST USE 11-1-1987; IN COMMERCE 11-1-1987. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 2,311,794. |
| | SER. NO. 85-794,159, FILED 12-4-2012. |
| | APRIL HESIK, EXAMINING ATTORNEY |



Deputy Director of the United States Patent and Trademark Office



# CHEVELLE

**Reg. No. 4,431,313**
**Registered Nov. 12, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, T-SHIRTS, HATS, SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 12-16-1988; IN COMMERCE 12-16-1988.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,311,794.

SER. NO. 85-794,182, FILED 12-4-2012.

APRIL HESIK, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# CHEVELLE

**Reg. No. 4,431,314**
**Registered Nov. 12, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 28**

FOR: TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

**TRADEMARK**
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,311,794.

SER. NO. 85-794,205, FILED 12-4-2012.

APRIL HESIK, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# CHEVELLE

**Reg. No. 4,431,315**
**Registered Nov. 12, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 27**

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 11-1-1987; IN COMMERCE 11-1-1987.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,311,794.

SER. NO. 85-794,217, FILED 12-4-2012.

APRIL HESIK, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office