IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>      Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>      Defendants. | Civil Action No. 1:25-cv-15152<br><br>Hon. Mary M. Rowland |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Autopartfit ("Defendant"), by and through undersigned counsel, respectfully requests that the Court extend by 21 days (through February 4, 2026) the time for Defendant to file a response to the Complaint, and in support thereof states as follows:

1. Plaintiff filed its Complaint on December 12, 2025 [Dkt. 1].

2. Defendant was served with process on December 24, 2025 [Dkt. 31].

3. A response to the Complaint is due on January 14, 2026.

4. A representative of Defendant recently contacted undersigned counsel requesting assistance with this matter.

5. Undersigned counsel and Defendant have been engaged in back-and-forth communications regarding the accused product and other details regarding this matter.

6. The parties have engaged in settlement communications and Plaintiff has made a settlement proposal to Defendant.

7. Defendant needs additional time to either settle or exhaust the prospect thereof and respond to the Complaint.

1

8. Counsel for Defendant conferred with Plaintiff's counsel on January 12, 2026, and Plaintiff does not oppose this request.

9. This is Defendant's first request for an extension and is made in good faith and not for the purpose of delay.

10. This Court may, for good cause, extend the time by which the Defendant's response is due.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and extend the deadline for Plaintiff to respond to the Complaint to February 4, 2026.

RESPECTFULLY SUBMITTED this 13th day of January, 2026.

**HARTMAN TITUS PLC**

By: /s/ Bradley P. Hartman
Bradley P. Hartman
bhartman@hartmantitus.com
2 N. Central Ave, Suite 1800
Phoenix, AZ 85004
Tel: 602-235-0500

*Attorneys for Defendant Autopartfit*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically serves and sends notice of such filing to all counsel of record.

/s/ Bradley P. Hartman
Bradley P. Hartman